FILED

05/09/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0193

Steven E Rowe Sr
Inmate Name

30066626
Inmate ID or AO#

CCP
Facility of Incarceration

111 West Broadway
Address of Facility

Butte            MT        59701
City              State       Zip

ORIGINAL

FILED

APR 19 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

## IN THE SUPREME COURT OF THE STATE OF MONTANA

No. _____
[The Clerk of Court will assign a number]

Steven E Rowe Sr. _____,

NAME

PETITIONER,

v.

State of MT / Dept of Corrections

NAME OF WARDEN/FACILITY ADMINISTRATOR,

RESPONDENT.

Petition for Writ of
Habeas Corpus

I, Steven E Rowe Sr., am representing myself, and I
[Name of Inmate]
believe that I am entitled to a Writ of Habeas Corpus under § 46-22-101, MCA, for one

or more of the following reasons:

[Check the applicable box]:

☒ The Department of Corrections has incorrectly calculated my sentence which illegally extends my parole eligibility or discharge date.

☐ The Parole Board should have granted me a parole AND the Board violated my Due Process rights in denying me a parole.

☐ I am entitled to more credit for jail time served than I received.

PRO SE PETITION FOR HABEAS CORPUS & Form 5(1)
Montana Supreme Court (Rev. April 2021)

☒ My sentence is illegal because:

    ☒ I was sentenced after April 28, 1999, and I received a sentence of more than 5 years to the Department of Corrections, none of which was suspended.

    ☒ My sentence violates my right to be free from double jeopardy.

    ☐ The length of my sentence is longer than the law allows.

☐ I am entitled to good time that is not credited against my sentence.

☐ I am being held in jail and I believe my bail is excessive.

☐ Other reason incarceration is illegal.

Describe in detail why you are entitled to habeas corpus relief. Be specific. If possible, provide citations to legal authority. Attach any documents that help you explain why the Court should grant your petition. A copy of any judgments, orders or other documents that support your argument must be provided.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

PRO SE PETITION FOR HABEAS CORPUS & Form 5(1)
Montana Supreme Court (Rev. April 2021)

As relief, I request the following:

☐ my immediate release from prison.

☒ reduction of my sentence or that this Court remand this cause to the district court directing the court to resentence me to a lesser sentence.

☐ that the Department of Corrections recalculate my sentence as this Court directs.

☐ Other relief. Explain:

Originaly sentenced to 5 years, after 2yrs served, they added 2 more for a total of 7 years.

## VERIFICATION

STATE OF MONTANA                    )
                                    : ss.
County of _Silver Bow_              )

I believe I am being incarcerated illegally. I certify that the contents of this petition are true and accurate to the best of my knowledge.

DATED this _14th_ day of _April_ , _2022_ .

_Erin Stajcar - Notary_                _Steve E Rowe Sr_
                                       Inmate Signature

ERIN STAJCAR
NOTARY PUBLIC for the
State of Montana
Residing at Butte, MT
My Commission Expires
May 02, 2024.

_Steve E Rowe Sr._
Printed Name

p. 4 of 5

# CERTIFICATE OF MAILING (SERVICE)

I hereby certify that on _____, 20____, I have mailed the Petition for a Writ of Habeas Corpus, as noted by a check mark (√), to the following attorney by placing a copy in the United States Mail, postage prepaid:

☐ State of Montana                    *(see INSTRUCTIONS #9)*

   Office of the Attorney General

   P. O. Box 201401

   Helena, MT 59620-1401

*or*

☐ _____ County Attorney   *(see INSTRUCTIONS #9)*
   *[Write name of County]*

_____

_____

_____

_____
*[Signature]*

_____
*[Print name]*

p. 5 of 5